FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUL 23  AM 11: 16

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN PLEAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 320-037 |
| ) | |
| GEORGIA D.O.C.; COMMISSIONER ) | |
| WARD; TELFAIR STATE PRISON ) | |
| ADMINISTRATION; D. W. BEASLEY; ) | |
| TELFAIR STATE PRISON MEDICAL ) | |
| DEPARTMENT; DR. CHENEY; and ) | |
| MEDICAL PERSONNEL, ) | |
| ) | |
| Defendants. ) | |

# O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of July, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE