AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MELVIN PLEAS,

    Plaintiff,

v.

GEORGIA D.O.C.; COMMISSIONER WARD; TELFAIR STATE PRISON ADMINISTRATION; D. W. BEASLEY; TELFAIR STATE PRISON MEDICAL DEPARTMENT; DR. CHENEY; and MEDICAL PERSONNEL,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 320-037

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated July 23, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, this case is DISMISSED without prejudice. This case stands CLOSED.

07/23/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*

GAS Rev 10/1/03